ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Arab Shah Construction Company | ) | ASBCA No. 61565 |
| | ) | |
| Under Contract No. W912ER-17-A-0005 | ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Mohammad Idrees
　　　　　　　　　　　　　　　　Director

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
　　　　　　　　　　　　　　　　　 Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　 Michael E. Taccino, Esq.
　　　　　　　　　　　　　　　　 Pietro O. Mistretta, Esq.
　　　　　　　　　　　　　　　　　 U.S. Army Engineer District, Middle East
　　　　　　　　　　　　　　　　　 Winchester, VA

## ORDER OF DISMISSAL

Appellant has filed a notice stating that "all issues have been fully and finally settled amongst the parties," and respondent has advised that it concurs. Accordingly, the appeal is dismissed with prejudice.

Dated: November 4, 2019

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61565, Appeal of Arab Shah Construction Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals